UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| JIMMY MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 20-019-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Jimmy Malone filed this action on January 28, 2020. [Record No. 1] Through his Complaint, Malone sought damages for injuries he allegedly suffered while an inmate at a United States prison located in McCreary County, Kentucky. [Id.] On July 8, 2020, the matter was referred to United States Magistrate Judge Edward B. Atkins to conduct pretrial proceedings, including overseeing discovery and preparing proposed findings of fact and recommendations regarding any dispositive motions, in accordance with 28 U.S.C. § 636(b). [Record No. 22] Thereafter, a Scheduling Order was entered by Magistrate Judge Atkins. [Record No. 26]

Following a period for discovery, the United States moved for judgment on the pleadings or, alternatively, for summary judgment. [Record No. 37] Plaintiff Malone did not respond to the motion. Notwithstanding the plaintiff's failure to respond, Magistrate Judge Atkins evaluated the plaintiff's claims but concluded that the government's motion should be granted. [Record No. 38] In relevant part, Malone was directed to file specific

objections to the Magistrate Judge's Report and Recommendation within fourteen days from the date of service. And he was specifically warned that further appeal would be waived if he failed to file objections. [Id. at p. 15] Again, however, Malone failed to respond or seek an extension of time to file objections.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Accordingly, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Edward B. Atkins, filed on June 28, 2021 [Record No. 38], is **ADOPTED** and **INCORPORATED** here by reference.

2. The United States' Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment [Record No. 37] is **GRANTED**.

3. Plaintiff Jimmy Malone's claims asserted against the United States are **DISMISSED**, with prejudice, and this matter is **DISMISSED** and **STRICKEN** from the Court's docket. A separate Judgment will be entered this date.

Dated: July 22, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky